1  HAROLD M. BRODY, SBN 84927
   ENZO DER BOGHOSSIAN, SBN 211351
2  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
3  Los Angeles, California 90067-3206
   Telephone: (310) 557-2900
4  Facsimile: (310) 557-2193

5  Attorneys for Defendants
   OMGEO and TIM KEADY
6

7                 UNITED STATES DISTRICT COURT
8                NORTHERN DISTRICT OF CALIFORNIA
9                   SAN FRANCISCO DIVISION
10

11                                        ) Case No. C04-2646 MJJ
12                                        )
                                          ) Granted
13                                        ) STIPULATION TO EXTEND
   TERESE RECKLEY,                        ) TIME TO RESPOND TO
14                                        ) PLAINTIFF'S REQUEST FOR
              Plaintiff,                  ) PRODUCTION OF
15                                        ) DOCUMENTS
         v.                               )
16                                        )
   OMGEO, a corporation; TIM KEADY, and   )
17 DOES 1 through 7, inclusive            )
                                          )
18            Defendants.                 )
                                          )
19                                        )

20
21
22
23
24
25
26
27
28

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, as follows:

1. Plaintiff Terese Reckley propounded her first set of requests for production of documents upon Defendants Omgeo and Tim Keady on May 5, 2005.

2. The date on which Defendants' responses were due was June 7, 2005.

3. On June 3, 2005, Plaintiff and Defendants agreed to extend Defendants' time in which to provide responses to the outstanding discovery by fifteen (15) days, setting the deadline for June 22, 2005.

DATED: June 3, 2005

HAROLD M. BRODY
PROSKAUER ROSE LLP

By: _____
Harold M. Brody
Attorneys for Defendants

DATED: 6 June, 2005

JOHN R. BROWNE III
LAW OFFICES OF JOHN R. BROWNE III

By: _____
John R. Browne III
Attorney for Plaintiff

IT IS SO ORDERED.

6/8/2005

APPROVED
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

STIPULATION TO EXTEND TIME TO RESPOND TO DISCOVERY
CASE NO. C04-2646 MJJ

6559/56399-002
LALIB1/580643V1