06/1?/2005 08:09 FAX 415 781 6823 LFLM SF 001/002
3105572193 TO 0047#56399002#14 P.03/04

HAROLD M. BRODY, SBN 84927
ENZO DER BOGHOSSIAN, SBN 211351
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, California 90067-3206
Telephone: (310) 557-2900
Facsimile: (310) 557-2193

Attorneys for Defendants
OMGEO and TIM KEADY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TERESE RECKLEY,

Plaintiff,

v.

OMGEO, a corporation; TIM KEADY, and DOES 1 through 7, inclusive

Defendants.

Case No. C04-2646 MJJ

**STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE; ORDER GRANTING SAME**

0047/56399-002
LALIB1/580820V1

STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE; ORDER GRANTING SAME

Case 3:04-cv-02646-MJJ Document 27 Filed 06/22/2005 Page 2 of 2

06/13/2005 08:09 FAX 415 781 6823 LFLM SF 002/002
JUN 10 2005 12:15 PM FR PROSKAUER 3105572193 TO 004/856399002#14 P.04/04

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective undersigned counsel, that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the within action may be dismissed with prejudice, each side to bear his, her or its own attorney's fees and costs.

DATED: June 14, 2005

HAROLD M. BRODY
PROSKAUER ROSE LLP

By: ______________________
Harold M. Brody
Attorneys for Defendants

DATED: 13 June, 2005

JOHN R. BROWNE III
LAW OFFICES OF JOHN R. BROWNE III

By: ______________________
John R. Browne III
Attorney for Plaintiff

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
APPROVED
Judge Martin J. Jenkins

Dated: 6/23/2005 /s/
Judge, United States District Court

** TOTAL PAGE.04 **